United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**　　　　　　　　　　**CATHERINE O'HAGAN WOLFE**
CHIEF JUDGE　　　　　　　　　　　　　　　　CLERK OF COURT

Date: June 05, 2015　　　　　　　　　　　　DC Docket #: 1:14-cr-68-1
Docket #: 15-1815cr　　　　　　　　　　　　DC Court: SDNY (NEW YORK CITY)
Short Title: United States of America v. Ulbricht　　DC Judge: Forrest

# NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_　Record on Appeal - Certified List

\_\_\_\_　Record on Appeal - CD ROM

\_\_\_\_　Record on Appeal - Paper Documents

\_X\_\_\_　Record on Appeal - Electronic Index

\_\_\_\_　Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8541.