# 15-1815

## IN THE

# United States Court of Appeals

### FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,

*Appellee,*

v.

ROSS WILLIAM ULBRICHT, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK - NEW YORK CITY

**APPELLANT'S SUPPLEMENTAL APPENDIX**

JOSHUA L. DRATEL, P.C.
Suite 1412
29 Broadway
New York, NY 10006
(212) 732-0707

*Counsel for Defendant-Appellant*

# APPELLANT'S SUPPLEMENTAL APPENDIX

United States Marshals Service Intake Form
With Government Redaction .......................................................................... ASA-1

United States Marshals Service Intake Form
Without Government Redaction ..................................................................... ASA-3

Joint Automated Booking System - Limited Official Use          Page 1 of 2



ULBRICHT, ROSS WILLIAM
**Trans ID:** 43652337
**FBI No:** 689118WD9
**FBI Name:** ULBRICHT,ROSS WILLIAM
**DOB:** ▮▮▮▮ 1984
**Date Arrested or Received:** 10/02/2013
**Charges:** 3533 - Cocaine

Package is Current
Received: 10/04/2013 14:54:03

## Personal History

### General Information
- **FBI Name:** ULBRICHT,ROSS WILLIAM
- **FBI No:** 689118WD9
- **Trans ID:** 43652337
- **Aliases:**
  - ROBERTS, DREAD PIRATE
  - ROAD, SILK
- **Status:** JABS Updated
- **Package ID:** CAUSM04000000001380736608228
- **Phone:** ▮▮▮▮ (R);
- **Address:** ▮▮▮▮

### Detention Information
- **Location:** 9GG
- **Date:** 10/02/2013

### Biographic Information
- **Gender:** Male
- **Race:** White
- **Ethnicity:**
- **DOB:** ▮▮▮▮ 1984
- **Hair:** Brown
- **Eye:** Hazel
- **Height:** 6' 1"
- **Weight:** 195
- **Identifying Characteristics (NCIC Code, Description):** NONE
- **Marital Status:** Single
- **Occupation:**
- **Health Status:**
- **Education:**
- **Medications:** NONE
- **Birth City:** AUSTIN
- **Birth State:** TEXAS
- **Birth Country:** USA
- **Citizenship:** USA

### Arrested or Received Information
- **Officer Name:**
- **Jurisdiction:**
- **Charges (Charge, Offense Date):** 3533 - Cocaine    01/17/2013
- **Warrant Numbers:** NONE
- **Agency:** DEA
- **ORI:** MDDEA0100
- **Agency Site:** , BALTIMORE, MD, US
- **Date Arrested or Received:** 10/02/2013
- **Originating Agency**

https://www.cjis.gov/jabs/query_showPrinterFriendlyPersonalHistory.do?transactionId=43...   2/12/2014

**ASA-1**

Joint Automated Booking System - Limited Official Use   Page 2 of 2

| | |
|---|---|
| Agent: | Phone: |
| Agency: | Site: |

| | |
|---|---|
| Place Arrested or Received: | , , , |
| Fingerprint Date: | 10/02/2013 |
| Armed Description: | |
| Drug History: | |
| Mental Competency: | |
| Special Handling: | INTERNATIONAL DRUG CONSPIRACY |
| Arrested or Received Narrative: | |

## Booking Information

| Agent: | | Agency: | USMS | ORI: | CAUSM0400 |
|---|---|---|---|---|---|
| Site: | , SAN FRANCISCO, CA, US | Role: | | Date: | 10/02/2013 |

## Offender Identification - Numeric Identifiers

| Trans ID: | 43652337 | USMS/BOP No: | 18870111 | SSN: | 628168933 |
|---|---|---|---|---|---|
| NADDIS No: | | Agency Case No: | USMS GC-12-0097 | FBI No: | 689118WD9 |
| INS No: | | | | | |

## Identifying Documents
NONE

## Vehicle Information
NONE

## Incarceration Information
NONE

## Separatee Information
NONE

## Associates Information
NONE

## Immediate Family Information

| Name | Relationship | Phone | Address |
|---|---|---|---|
| ULBRICHT, KIRK Steven | Father | R) | US |
| ULBRICHT, Lyn Lacava | Mother | R) | |

**Limited Official Use**

https://www.cjis.gov/jabs/query showPrinterFriendlyPersonalHistory.do?transactionId=43...    2/12/2014

**ASA-2**

Joint Automated Booking System - Limited Official Use  Page 1 of 2

**ULBRICHT, ROSS WILLIAM**
Trans ID: 43652337
FBI No: 689118WD9
FBI Name: ULBRICHT,ROSS WILLIAM
DOB: ▓▓▓▓ 1984
Date Arrested or Received: 10/02/2013
Charges: 3533 - Cocaine

Package is Current
Received: 10/04/2013 14:54:03

**Personal History**

## General Information
- FBI Name: ULBRICHT,ROSS WILLIAM
- FBI No: 689118WD9
- Trans ID: 43652337
- Aliases:
  - ROBERTS, DREAD PIRATE
  - ROAD, SILK
- Status: JABS Updated
- Package ID: CAUSM04000000001380736608228
- Phone: ▓▓▓▓
- Address: ▓▓▓▓

## Detention Information
- Location: 9GG
- Date: 10/02/2013

## Biographic Information
- Gender: Male
- Race: White
- Ethnicity:
- DOB: ▓▓▓▓ 1984
- Hair: Brown
- Eye: Hazel
- Height: 6' 1"
- Weight: 195
- Identifying Characteristics (NCIC Code, Description): NONE
- Marital Status: Single
- Occupation:
- Health Status:
- Education:
- Medications: NONE
- Birth City: AUSTIN
- Birth State: TEXAS
- Birth Country: USA
- Citizenship: USA

## Arrested or Received Information
- Officer Name: Force, Carl
- Phone: 410-244-3527
- Jurisdiction:
- Charges (Charge, Offense Date): 3533 - Cocaine — 01/17/2013
- Warrant Numbers: NONE
- Agency: DEA
- ORI: MDDEA0100
- Agency Site: , BALTIMORE, MD, US
- Date Arrested or Received: 10/02/2013
- Originating Agency:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Agent:** | | | | **Phone:** | | |
| **Agency:** | | | | **Site:** | | |

**Place Arrested or Received:** , , ,
**Fingerprint Date:** 10/02/2013    **Armed Description:**
**Drug History:**    **Mental Competency:**
**Special Handling:** INTERNATIONAL DRUG CONSPIRACY    **Arrested or Received Narrative:**

### Booking Information

**Agent:** LEFORT, AUSTIN  **Phone:** 4154367660  **Agency:** USMS  **ORI:** CAUSM0400
**Site:** , SAN FRANCISCO, CA, US  **Role:**  **Date:** 10/02/2013

### Offender Identification - Numeric Identifiers

**Trans ID:** 43652337  **USMS/BOP No:** 18870111  **SSN:** 628168933
**NADDIS No:**  **Agency Case No:** USMS GC-12-0097  **FBI No:** 689118WD9
**INS No:**

### Identifying Documents
NONE

### Vehicle Information
NONE

### Incarceration Information
NONE

### Separatee Information
NONE

### Associates Information
NONE

### Immediate Family Information

| Name | Relationship | Phone | Address |
|---|---|---|---|
| ULBRICHT, KIRK Steven | Father | (R) | |
| ULBRICHT, Lyn Lacava | Mother | (R) | |

**Limited Official Use**