LAW OFFICES OF

**JOSHUA L. DRATEL, P.C.**

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

—

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

May 4, 2017

**BY ECF**

The Honorable Christopher F. Droney
The Honorable Jon O. Newman
The Honorable Gerard E. Lynch
Judges
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Ross Ulbricht,*
          Docket No. 15-1815

Dear Judges Droney, Newman, and Lynch:

This letter is submitted on behalf of Defendant-Appellant Ross Ulbricht pursuant to Rule 28(j), Fed.R.App.P., to inform the Court of a supplemental authority, *United States v. Jenkins,* ___ F.3d ___, 2017 WL 1371399 (2d Cir. April 17, 2017), that has come to counsel's attention after the October 6, 2016 oral argument in this case. The opinion relates to POINT VII (sentencing) of Mr. Ulbricht's Brief (and Reply Brief) on Appeal.

Respectfully Submitted,

Joshua L. Dratel

JLD/

cc:    Eun Young Choi
        Timothy T. Howard
        Assistant United States Attorneys