**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

Date: May 31, 2017
Docket #: 15-1815cr
Short Title: United States of America v. Ulbricht

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 1:14-cr-68-1
DC Court: SDNY (NEW YORK CITY)
DC Judge: Forrest

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8512.