UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of May, two thousand and seventeen.

Before:      Jon O. Newman,
                Gerard E. Lynch,
                Christopher F. Droney,
                    *Circuit Judges.*

_____

United States of America,

     Appellee,

v.                                             **JUDGMENT**
                                                   Docket No. 15-1815

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

     Defendant - Appellant.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

                                                   For The Court:

                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court

