NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United States v. Ross William Ulbricht**   Docket No.: **15-1815**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Paul Grant**

Firm: **Law Office of Paul Grant**

Address: **19501 E. Mainstreet, #200 Parker CO 80138**

Telephone: **303-909-6133**   Fax:

E-mail: **pg1colo@gmail.com**

Appearance for: **Ross William Ulbricht/Appellant**
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: **Joshua L. Dratel; Joshua L. Dratel, P.C.** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: *Paul Grant*

Type or Print Name: **Paul Grant**