**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 15-1815

**Caption [use short title]**

**Motion for**: an extension of time to file the Petition for Rehearing or for Rehearing en banc

United States v. Ross William Ulbricht

Set forth below precise, complete statement of relief sought:

Appellant requesting a 47 day extension of time, through July 31, 2017, to file his Petition for Rehearing or for Rehearing en banc, to allow new counsel to review the appellate record and arguments, to analyze the Court's lengthy opinion, and to research, prepare and submit his Petition.

**MOVING PARTY**: Ross Ulbricht
[ ] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

**OPPOSING PARTY**: United States of America

**MOVING ATTORNEY**: Paul Grant
**OPPOSING ATTORNEY**: Eun Young Choi
[name of attorney, with firm, address, phone number and e-mail]

Paul Grant, Law office of Paul Grant
19501 E. Mainstreet, #200 Parker CO 80138
303-909-6133;   pg1colo@gmail.com

Eun Young Choi, United States Attorney's Office, SDNY
One St. Andrew's Plaza, New York NY 10007
212-637-2187; eun.young.choi@usdoj.gov

**Court-Judge/Agency appealed from**: Hon. Katherine B. Forrest

**Please check appropriate boxes**:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [✓] Yes [ ] No   If yes, enter date: Argument is complete

**Signature of Moving Attorney**:
/s/ Paul Grant   **Date**: 6/9/2017   **Service by**: [✓] CM/ECF  [ ] Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------X

UNITED STATES OF AMERICA,                Docket No. 15-1815

          Appellee,                DECLARATION IN SUPPORT OF
                                   ROSS ULBRICHT'S MOTION
      -v-                               FOR EXTENSION OF TIME TO
                                   FILE PETITION FOR PANEL
                                   REHEARING OR REHEARING
                                   *EN BANC*

ROSS WILLIAM ULBRICHT,

          Appellant.

-----------------------------------------------------X

STATE OF COLORADO   )
                              ) ss.:
CITY AND COUNTY     )
OF DENVER               )

     I, Paul Grant, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury:

     1. I am an attorney licensed to practice law in the State of Colorado, and a member of the bar of this court, and represent Defendant-Appellant Ross Ulbricht in this appeal from his conviction and sentence in the case described as Docket No. 15-1815 (14 CR 68 (KBF) in the District Court, in the SDNY). I have entered my appearance as substitute counsel in this case on this date, June 9, 2017. I make this declaration in support of Mr. Ulbricht's motion for a 47 day extension of time until July 31, 2017, in which to file his Petition for Rehearing or Rehearing *en banc*. I contacted Assistant United States Attorney Eun Young Choi on June 8, 2017, and I have been informed that the government consents to this request.

1

2. Mr. Ulbricht was tried by a jury in January and February 2015, found guilty on February 4, 2015, sentenced on May 29, 2015, and judgment entered June 1, 2015. Mr. Ulbricht is now serving a sentence to life imprisonment without the possibility of parole. On May 31, 2017, a panel of this court (Newman, Lynch, Droney, C JJ), issued their decision Affirming the judgment of the district court in all respects.

3. Presently Mr. Ulbricht's Petition is due Wednesday, June 14, 2017. This is Mr. Ulbricht's first request for an extension of time in which to file his Petition for Rehearing or for Rehearing *en banc*. For the reasons provided below, Mr. Ulbricht respectfully submits that the requested extension of time is appropriate and reasonable and necessary to allow undersigned counsel to prepare and submit the Petition for Rehearing or for Rehearing *en banc* in this complex and detailed case in which the parties' briefs combined contained more than 400 pages of discussion of numerous issues, in which the panel's decision was 139 pages long, and in which Mr. Ulbricht is serving a sentence to life imprisonment without the possibility of parole.

4. The extension of time is requested in order to allow counsel adequate time to research and prepare the Petition for Rehearing or for Rehearing *en banc,* for the following reasons:

    (a)    Counsel has just entered his appearance in this case on this date. Counsel did not participate in the trial below or in appellate proceedings in this case before the panel decision was issued. Mr. Ulbricht's briefs consisted of 245 pages of discussion, and raised seven major points; the government's response brief was 159 pages long, and addressed each of the issues raised. The unsealed appendices contain 1554 pages; the sealed appendices contain another 552 pages.

(b)  Counsel is a sole practitioner and will require the additional time requested to review the appellate record, the briefs, and the panel decision, and to identify, analyze and research issues which may merit inclusion in the Petition for Rehearing or Rehearing *en banc*.

(c)  Mr. Ulbricht has meritorious issues to raise in his petition and the court's decision appears to establish the important precedent that a district court may base a sentence in part on consideration of alleged drug overdose deaths, occurrences which were neither shown to be, nor found to be the result of the defendant's actions.

(d)  Counsel will need the additional time requested in order to provide the effective assistance of counsel to which Mr. Ulbricht is constitutionally entitled.

5.  Accordingly, Mr. Ulbricht requests a 47 day extension to research, prepare and submit his Petition for Rehearing or Rehearing en banc.

6.  As stated in Par. 1, above, I contacted Assistant United States Attorney Eun Young Choi on June 8, 2017, and I have been advised that the government consents to this request.

WHEREFORE, for the reasons provided above, Mr. Ulbricht respectfully requests an Order granting him an extension of time through and including July 31, 2017, in which to submit his petition for rehearing and for rehearing *en banc*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

3

Dated: Denver, Colorado

June 9, 2017

                                               /s/ Paul Grant
                                                  Paul Grant