LAW OFFICES OF

**JOSHUA L. DRATEL, P.C.**

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL    STEVEN WRIGHT
—                                              *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

June 12, 2017

**<u>BY ECF</u>**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *United States v. Ross Ulbricht,*
                  Docket No. 15-1815

Dear Ms. Wolfe:

     This letter is submitted on behalf of Defendant-Appellant Ross Ulbricht, to inform the Court that Mr. Ulbricht has authorized substitute counsel Paul Grant, Esq., to replace Joshua L. Dratel, Esq., as counsel in the above-referenced case.

                                     Respectfully Submitted,

                                       Joshua L. Dratel

JLD/lal

cc:    Eun Young Choi
        Timothy T. Howard
        Assistant United States Attorneys