# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of June, two thousand seventeen.

Before:     Christopher F. Droney,
              *Circuit Judge.*

_____

United States of America,

    Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 15-1815

    Appellant filed a motion, on consent of the Government, for an extension of time to file a petition for rehearing until July 31, 2017.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

