## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1815

**Caption [use short title]**

**Motion for:** leave to submit an oversized petition for rehearing or for rehearing en banc.

Set forth below precise, complete statement of relief sought:

Appellant is requesting leave to submit a petition for rehearing or rehearing en banc which is 25 pages in length, where FRAP 35 and 40 provide that a petition shall not exceed 15 pages in length without court permission. Appellant is submitting his petition along with this motion.

**United States v. Ross William Ulbricht**

**MOVING PARTY:** Ross William Ulbricht
**OPPOSING PARTY:** United States of America

- [ ] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** Paul Grant
**OPPOSING ATTORNEY:** Eun Young Choi

[name of attorney, with firm, address, phone number and e-mail]

Paul Grant, Law Office of Paul Grant
19501 E. Mainstreet, #200 Parker CO 80138
303-909-6133; paul_pglaw@yahoo.com

Eun Young Choi, United States Attorney's Office, SDNY
One St. Andrew's Plaza New York NY 10007
212-637-2187   eun.young.choi@usdoj.gov

**Court- Judge/ Agency appealed from:** Hon. Katherine B. Forrest

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain):

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [x] Yes [ ] No If yes, enter date: Argument on appeal is completed.

**Signature of Moving Attorney:**
/s/ Paul Grant  **Date:** 7/31/2017  **Service by:** [x] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)