UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------X

UNITED STATES OF AMERICA,   Docket No. 15-1815

         Appellee,   DECLARATION IN SUPPORT OF
                                                                   ROSS ULBRICHT'S MOTION
    -v-                                                           FOR LEAVE TO
                                                                  FILE OVERSIZED PETITION FOR
                                                                  PANEL REHEARING OR
                                                                 REHEARING
                                                                 *EN BANC*

ROSS WILLIAM ULBRICHT,

         Appellant.

-------------------------------------------------X

STATE OF COLORADO    )
                              ) ss.:
CITY AND COUNTY    )
OF DENVER               )

    I, Paul Grant, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury:

    1.  I am an attorney licensed to practice law in the State of Colorado, and a member of the bar of this court, and represent Defendant-Appellant Ross Ulbricht in this appeal from his conviction and sentence in the case described as Docket No. 15-1815 (14 CR 68 (KBF) in the District Court, in the SDNY).  I make this declaration in support of Mr. Ulbricht's motion for leave to submit an oversized Petition for Rehearing or Rehearing *en banc*. I have contacted Assistant United States Attorney Eun Young Choi, who has informed me that the government does not object to this request.

    2.  Mr. Ulbricht's Petition is due Monday, July 31, 2017.  This is Mr. Ulbricht's first

request for leave to submit an oversized petition. For the reasons provided below, Mr. Ulbricht respectfully submits that the request to submit an oversized petition is appropriate and reasonable and necessary to allow undersigned counsel to address the issues of exceptional important raised by the Panel's Opinion in this complex and detailed case, where the panel's decision was 139 pages long, and where Mr. Ulbricht is serving a sentence to life imprisonment without the possibility of parole.

     3.  Leave to submit an oversized petition 25 pages in length is requested in order to allow counsel to prepare the Petition for Rehearing or for Rehearing *en banc,* for the following reasons:

        (a)    Mr. Ulbricht has 3 meritorious issues to raise in his petition, including the question whether a district court can impose punishment based on consideration of the defendant's political views, or whether that violates the First Amendment; and including the question whether a search warrant which approves search procedures that provide no protection against unwarranted invasions of privacy violates the Fourth Amendment; and including the question whether the panel incorrectly relied on inapposite Supreme Court precedent, when finding that the Pen/Trap orders did not violate the Fourth Amendment.

        (b)    Counsel has written and rewritten the petition many times in an effort to cut down the length of the petition, but cannot shorten the petition any further without sacrificing the rights of Mr. Ulbricht to present the important issues where the panel's decision conflicts with circuit and Supreme Court precedents, and where his fundamental rights were

violated by the district court and overlooked by the panel.

4. Accordingly, Mr. Ulbricht requests leave to submit a 25 page long Petition for Rehearing or Rehearing en banc.

5. As stated above, AUSA Eun Young Choi has informed counsel that the government does not object to this motion.

WHEREFORE, for the reasons provided above, Mr. Ulbricht respectfully requests an Order allowing him leave to submit an oversized petition, up to 25 pages in length.

I declare under penalty of perjury that the foregoing are true and correct to the best of my knowledge and belief.

Dated: Denver, Colorado

July 31, 2017

                                                       /s/ Paul Grant  
                                                       Paul Grant