# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand seventeen.

Before:     Christopher F. Droney,
              *Circuit Judge.*

_____

United States of America,

    Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 15-1815

     Appellant filed an unopposed motion for permission to file an oversized petition for rehearing of 25 pages.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                            For the Court:

                            Catherine O'Hagan Wolfe,
                            Clerk of Court

