# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 20, 2017

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: Ross William Ulbricht, aka Dread Pirate Roberts, aka Silk Road
>     v. United States of America
>     Application No. 17A559
>     (Your No. 15-1815-cr)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Ginsburg, who on November 20, 2017, extended the time to and including December 28, 2017.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by *[signature]*

Jacob A. Levitan
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Kannon Kumar Shanmugam
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005


Mr. Noel J. Francisco
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300





10007-156199