# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 4, 2018

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  Ross William Ulbricht
          v. United States
          No. 17-950
          (Your No. 15-1815-cr)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 22, 2017 and placed on the docket January 4, 2018 as No. 17-950.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Jacob A. Levitan
    Case Analyst