# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 28, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re: Ross William Ulbricht
v. United States
No. 17-950
(Your No. 15-1815-cr)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk